Jason S. Hartley (SBN 192514)
  *hartley@hartleyllp.com*
Jason M. Lindner (SBN 211451)
  *lindner@reiserlaw.com*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822

Michael J. Reiser (SBN 133621)
  *michael@reiserlaw.com*
Matthew Reiser (SBN 315301)
  *matthew@reiserlaw.com*
Isabella Martinez (SBN 315299)
  *isabella@reiserlaw.com*
**REISER LAW, p.c.**
1475 N. Broadway, Suite 300
Walnut Creek, California 94596
Telephone: (925) 256-0400

Jason Kellogg (Fla. Bar No. 0578401)
  *jk@lklsg.com*
Victoria J. Wilson (Fla. Bar No. 92157)
  *vjw@lklsg.com*
Marcelo Diaz-Cortes (Fla. Bar No. 118166)
  *md@lklsg.com*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
100 Southeast Second Avenue, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRAWES HUSARY, FRANCISCO DE TOMASO, SOHAM BHATIA and MICHAEL HAWWA on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SILVERGATE BANK, SILVERGATE CAPITAL CORPORATION and ALAN J. LANE,<br><br>*Defendants*. | Case No. 3:23-cv-00038-CAB-AHG<br><br>**NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE** |

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Andrawes Husary, Francisco de Tomaso, Soham Bhatia, and Michael Hawwa voluntarily dismiss this action without prejudice.

Dated: February 9, 2023

By: /s/ Victoria J. Wilson
Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California  92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

Michael J. Reiser
Matthew Reiser
Isabella Martinez
**REISER LAW, p.c.**
1475 N. Broadway, Suite 300
Walnut Creek, California 94596
Telephone: (925) 256-0400
michael@reiserlaw.com
matthew@reiserlaw.com
isabella@reiserlaw.com

Jason Kellogg, Esq.
Victoria J. Wilson, Esq.
Marcelo Diaz-Cortes, Esq.
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
100 Southeast Second Avenue
36th Floor
Miami, Florida  33131
Telephone: (305) 403-8788
jk@lklsg.com
vjw@lklsg.com
md@lklsg.com
(admitted *pro hac vice*)

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: */s/ Victoria J. Wilson*